## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**RYAN SCOTT HOLT**                                                                     **PLAINTIFF**
**#147041**

**v.**                                          **Case No. 4:22-CV-568-LPR**

**KENNY DUNHAM, et al.**                                                       **DEFENDANTS**

### JUDGMENT

Pursuant to the Order filed on this date, it is CONSIDERED, ORDERED, and ADJUDGED that this entire action is DISMISSED without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from this Judgment and any related orders would be frivolous and not in good faith.

DATED this 3rd day of January 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE